PROB 12A
(REVISED 5/2011)

# United States District Court
for
## Middle District of Tennessee

## Report on Offender Under Supervision

Name of Offender: <u>Shawn Lemont Webb</u>   Case Number: <u>3:13-00029</u>

Name of Sentencing Judicial Officer: <u>Honorable Jack T. Camp, United States District Judge, ND/GA</u>

Name of Current Judicial Officer: <u>Honorable William J. Haynes, Jr., Chief United States District Judge</u>

Date of Original Sentence: <u>January 8, 2001</u>

Original Offense: <u>21 U.S.C. § 841 & 846 Conspiracy to Possess With the Intent to Distribute Cocaine</u>

Original Sentence: <u>98 months' custody followed by five years' supervised release</u>

Type of Supervision: <u>Supervised release</u>   Date Supervision Commenced: <u>September 27, 2007</u>

Assistant U.S. Attorney: <u>To be determined</u>   Defense Attorney: <u>To be determined</u>

---

**THE COURT ORDERS:**

☒ No Action *as recommended*
☐ Submit a Petition for Summons
☐ Submit a Petition for Warrant
☐ Other

Considered this _14th_ day of _June_, 2013,
and made a part of the records in the above case.

_____
William J. Haynes, Jr.
Chief U.S. District Judge

I declare under penalty of perjury that
the foregoing is true and correct.
Respectfully submitted,

_____
Kimberly Haney
U.S. Probation Officer

Place   <u>Nashville, Tennessee</u>

Date   <u>June 10, 2013</u>

## ALLEGED VIOLATIONS

The probation officer believes that the offender has violated the following condition(s) of supervision:

Violation No.   Nature of Noncompliance

1.   **The defendant shall not commit another federal, state, or local crime.**

On June 9, 2013, Mr. Webb was arrested by Metropolitan Nashville Police Department for Driving on a Revoked Driver's License, a class B misdemeanor, and Evading Arrest, a class A misdemeanor, in Nashville, Davidson County, Tennessee. He is scheduled to appear in court on July 3, 2013.

According to the affidavit of complaint, on May 31, 2013, at approximately 11:30 p.m., an officer with Metropolitan Nashville Police Department (MNPD) was finishing a traffic stop on Dr. Walter S. Davis Boulevard, when a vehicle passed the officer on the left side. As the vehicle passed the officer, he observed the driver of the vehicle. The officer conducted a computer check on the tags on the vehicle which returned registered to Shawn Webb. Mr. Webb had a revoked driver's license. The officer made the traffic stop behind 4012 Alameda Street, where Mr. Webb parked in a parking spot. The officer asked Mr. Webb why he was driving on a revoked license, and he stated he was not. The officer asked Mr. Webb if he had a driver's license on his person, and he stated, "Yes." Mr. Webb pulled out a state identification only card. As the offender checked to see if Mr. Webb qualified for a misdemeanor citation, Mr. Webb grabbed something out the vehicle and started running. The officer stated that he was the police and to stop, but Mr. Webb continued to flee. Mr. Webb made it into the woods where the officer lost him.

**Compliance with Supervision Conditions and Prior Interventions:**

Shawn Lamont Webb began his term of supervised release on September 27, 2007; however, he had an outstanding state probation violation warrant which was served on September 28, 2007. He was released from state custody on June 24, 2009. His time on supervised release was tolled; thus, his term of supervision is scheduled to expire on May 25, 2014. Mr. Webb has employed at Ingram, as a shipper, since December 1, 2012.

On October 3, 2012, Mr. Webb tested positive for marijuana use, and he was referred to substance abuse treatment at Centerstone Mental Health. He is currently participating in treatment.

On June 3, 2013, Mr. Webb reported to the probation for a drug test and to speak with this officer. This officer inquired about any contact with law enforcement. Mr. Webb explained he advised he was driving on 40th Avenue on his way to a friend's house. When he got out of the car and walked around the building, a police officer approached him and said he dropped something. Mr. Webb

dropped his phone and picked it up. The officer asked him for his driver's license, and Mr. Webb asked why he needed to see it, but complied with the officer's request. The police officer said he recognized Mr. Webb when he saw him driving. Mr. Webb thought the police officer looked like an officer he previously had a physical altercation with, so he ran. The officer gave chase, but he did not catch him. This officer called the warrants department at MNPD to verify if Mr. Webb had any outstanding active warrants, and he did not. He was instructed not to drive without a valid driver's license.

On June 6, 2013, this officer received a telephone call from Michael Mannen, State of Tennessee probation officer. He advised that Mr. Webb had two active warrants issued by MNPD for Driving on a Revoked Driver's License and Evading Arrest. Mr. Mannen spoke with Mr. Webb who stated he would turn himself in on the warrants after work.

On June 9, 2013, this officer received notification from MNPD, via email, that Mr. Webb was arrested on the two outstanding warrants. On June 10, 2013, Mr. Webb contacted this officer and advised he turned himself in on the warrants and posted the $2,500 bond. He was unsure of his court date. According to the Criminal Court Clerk of Metropolitan Nashville and Davidson County website, Mr. Webb's next court date is July 3, 2013.

**U.S. Probation Officer Recommendation:**

At this time, the probation officer is respectfully recommending no additional action by the Court.

It is recommended Mr. Webb continue on supervised release with increased monitoring by the probation officer. Any further non-compliant behavior will be promptly reported to Your Honor.

The U. S. Attorney's Office has been advised of the offender's noncompliance and concurs with this recommendation.

Approved: _____
           Britton Shelton
           Supervisory U.S. Probation Officer